# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AARON SANCHEZ-CAZARES, | Case No.: 2:18-cv-02367-APG-GWF |
| Petitioner, | **ORDER** |
| v. | [ECF Nos. 2, 4] |
| KIRSTJEN NIELSEN, *et al.,* | |
| Respondents. | |

On December 13, 2018, I entered an order temporarily staying deportation of Sanchez-Cazares, directing Sanchez-Cazares to serve the respondents with the petition and emergency request for stay of deportation, and ordering the respondents to show cause on or before December 17, 2018, why the writ should not be granted. ECF No. 2. No response was filed by that time. On December 28, 2018, Sanchez-Cazares filed a certificate of service that reflects respondents were served on December 26, 2018. ECF No. 4. Sanchez-Cazares does not indicate whether the respondents had earlier been informally served by another method, such as email. Regardless, in an effort to keep this case moving, IT IS ORDERED that the respondents shall respond to my order to show cause (ECF No. 2) on or before January 17, 2019. In light of the continuing government shutdown, I will entertain all reasonable requests for extensions of this deadline, so long as Sanchez-Cazares is not deported from the United States in the meantime.

Dated: January 3, 2019.

_____
Andrew P. Gordon
United States District Judge