# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AARON SANCHEZ-CAZARES, | Case No.: 2:18-cv-2367-APG-GWF |
| Petitioner, | **ORDER** |
| v. | [ECF Nos. 7, 8] |
| KIRSTJEN NIELSEN, et al., | |
| Respondents. | |

The parties' stipulation to dismiss **(ECF No. 8) is granted**.

IT IS HEREBY ORDERED that all claims and counterclaims in this action are dismissed without prejudice. Each party shall bear its own attorney's fees, costs of court, and expenses. The pending motion to dismiss **(ECF No. 7) is denied as moot**. In light of the dismissal of this action, the temporary injunction barring removal of petitioner from the United States is dissolved. *See U.S. Philips Corp. v. KBC Bank N.V.*, 590 F.3d 1091, 1095 (9th Cir. 2010).

The Clerk of Court shall enter final judgment accordingly.

Dated: February 4, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE